

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JAMES HENRY MCDONALD, | § | No. 08-19-00122-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03030) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 19, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ted Morten, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 19, 2019.

IT IS SO ORDERED this 20th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.